UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLIVER MATHES, III,

        Plaintiff,        CASE NO. 09-10582

v.        HONORABLE AVERN COHN

DAVID GORCYCA, et al,

        Defendants.
_____/

## ORDER DISMISSING COUNT III OF THE COMPLAINT

The Court declines to entertain pendent jurisdiction as to the Elliot-Larsen Civil Rights Act claim in the complaint. Accordingly, Count III of the complaint is DISMISSED.

SO ORDERED.

Dated: April 23, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 23, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160